# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT GOFORTH, II, et al., | |
| Plaintiff(s), | Case No. 2:14-cv-00330-MMD-NJK |
| v. | **ORDER** |
| NEVADA POWER COMPANY, et al., | (Docket No. 10) |
| Defendant(s). | |

This matter is before the Court on Defendant Raymond A. Keplar's ("Defendant") motion for permission to file electronically in this case, Docket No. 10.  Pursuant to the United States District Court of the District of Nevada's Special Order No. 109, the ability to file electronically is reserved for attorneys unless the Court grants a non-attorney authorization to use the electronic filing system (CM/ECF).  Defendant requests the court allow him to use the Court's CM/ECF system in order to file, access, and electronically serve documents in this case.

Having reviewed and considered the matter, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's motion (Docket No. 10) is **GRANTED**. Defendant must comply with the following procedures in order to activate his CM/ECF account:

a. On or before April 24, 2014, Defendant must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are accessible on this court's website, www.nvd.uscourts.gov.

    b.    Defendant is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

    c.    Upon timely filing of the certification, Defendant shall contact Robert Johnson at the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

DATED: March 25, 2014

_____
Nancy J. Koppe
United States Magistrate Judge