# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT GOFORTH, II, et al. | Case No. 2:14-cv-0330-MMD-NJK |
| Plaintiff(s), | ORDER RE: STIPULATION (Docket No. 54) |
| vs. | |
| NEVADA POWER COMPANY, et al., | ORDER RE: REPRESENTATION OF KEPS TRAINING SERVICE, LLC |
| Defendant(s). | |

On August 1, 2014, the Court denied a stipulation to stay discovery because it failed to address the relevant factors or to explain how a case-wide stay of discovery could issue when not all Defendants have filed dispositive motions. *See* Docket No. 53. Now pending before the Court is a stipulation in which the parties seek a 90-day "extension" of discovery deadlines, during which period it appears they intend not to conduct any discovery. *See* Docket No. 54 at 7 (asserting that the extension is sought to avoid the costs of conducting discovery that may be unnecessary depending on the ruling on the pending motion to dismiss filed by some Defendants). While the parties have altered their chosen label of the relief sought, it remains a request to stay discovery. *Cf.* Black's Law Dictionary (defining a stay as, *inter alia*, "[a]n order to suspend all or part of a judicial proceeding"). The pending stipulation fails to explain why a stay is appropriate in light of the concerns previously identified by the Court.

It has also come to the Court's attention that no counsel appears to be representing Defendant Keps Training Service, LLC in this case. *See* Docket No. 54 at 10 (stipulation signed by *pro se* Defendant Raymond Keplar on his behalf and on behalf of Keps Training Service, LLC); *see also*

1  Docket No. 21 (Keps Training Service, LLC's answer filed by *pro se* Defendant Raymond Keplar).
2  Corporations may appear in federal court only through licensed counsel. *United States v. High Country*
3  *Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).
4      In light of these issues, the Court hereby **SETS** a hearing for August 8, 2014, at 3:00 p.m. in
5  Courtroom 3B. If they wish to do so, counsel and any *pro se* may appear at that hearing telephonically
6  by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The
7  conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made
8  using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.
9      IT IS SO ORDERED.
10      DATED: August 6, 2014

                                          NANCY J. KOPPE
                                          United States Magistrate Judge