# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT GOFORTH, II, et al. | Case No. 2:14-cv-0330-MMD-NJK |
| Plaintiff(s), | ORDER CONTINUING HEARING |
| vs. | (Docket No. 55) |
| NEVADA POWER COMPANY, et al., | |
| Defendant(s). | |

On August 6, 2014, the Court set a hearing in this case for August 8, 2014. *See* Docket No. 55. The Court received a telephone call from the staff of Defendants' counsel Howard Russell indicating that he and attorney Rick Roskelley are unavailable for that hearing, and seeking a continuance of the hearing.[1] The Court hereby **CONTINUES** that hearing to August 14, 2014 at 11:30 a.m. in Courtroom 3C. Per the Court's prior instructions, counsel and any party proceeding *pro se* may appear telephonically if they so choose.

IT IS SO ORDERED.

DATED: August 6, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Defendants' counsel is advised that the Local Rules prohibit contacting chambers *ex parte*. *See* Local Rule 7-6(a). In the future, such a request should be made by filing a written motion or stipulation on the docket.