UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| HERBERT GOFORTH, II, et al. | ) | Case No. 2:14-cv-0330-RFB-NJK |
| Plaintiff(s), | ) ) | ORDER REQUIRING APPEARANCE BY COUNSEL |
| vs. | ) ) | |
| NEVADA POWER COMPANY, et al., | ) ) | |
| Defendant(s). | ) ) | |

It has come to the Court's attention that no counsel appears to be representing Defendant Keps Training Service, LLC in this case. *See* Docket No. 54 at 10 (stipulation signed by *pro se* Defendant Raymond Keplar on his behalf and on behalf of Keps Training Service, LLC); *see also* Docket No. 21 (Keps Training Service, LLC's answer filed by *pro se* Defendant Raymond Keplar). Corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Accordingly, the Court hereby **ORDERS** Defendant Keps Training Service, LLC to retain counsel and have that counsel enter a notice of appearance in this case no later than August 28, 2014. Failure to comply with this order may result in a recommendation that default judgment be entered against Defendant Keps Training Service, LLC.

IT IS SO ORDERED.

DATED: August 14, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge