TRACY A. EGLET, ESQ.
Nevada Bar No.: 6419
ASHLEY A. BALDUCCI, ESQ.
Nevada Bar No.: 12687
**EGLET LAW GROUP**
400 South 7th Street, Box 1, Suite 400
Las Vegas, Nevada 89101
E-Mail: eservice@egletwall.com
Ph. (702) 450-5400
Fax: (702) 450-5451

JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No.: 5458
pitegoff@bcattorneys.com
**LAW OFFICES OF JEFFREY I. PITEGOFF**
415 S. Sixth Street, Ste. 300
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT GOFORTH, II, Individually and as Heir of the Estate of HERBERT GOFORTH, III, Deceased; ROSA GOFORTH, Individually and as Heir of the Estate of HERBERT GOFORTH, III, Deceased; HERBERT GOFORTH, II, as Special Administrator of the Estate of HERBERT GOFORTH, III, Deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>NEVADA POWER COMPANY; NV ENERGY, INC.; SIERRA PACIFIC RESOURCES, INC.; RAYMOND A. KEPLAR; KEPS TRAINING SERVICE, LLC; HUBBELL INCORPORATED DELAWARE d/b/a AB CHANCE; SILVER MERGER SUB, INC.; MIDAMERICAN ENERGY HOLDINGS COMPANY; DOES 1 | Case No.: 2:14-CV-00330-RFB-NJK<br><br><br><br>**ORDER REGARDING EGLET LAW GROUP'S RENEWED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

| | |
|---|---|
| 1 | through 20; DOE EMPLOYEES 1 through 20; ROE CORPORATIONS 1 through 20, |
| 2 | |
| 3 | Defendants. |

This matter having come before the Magistrate Judge Nancy J. Koppe on September 3, 2014, with Tracy A. Eglet, Esq. and Jeffrey I. Pitegoff, Esq. appearing on behalf of Plaintiffs, Herbert Goforth, II, Individually and as Heir of the Estate of Herbert Goforth, III, Deceased; Rosa Goforth, Individually and as Heir of the Estate of Herbert Goforth, III, Deceased; Herbert Goforth, II, as Special Administrator of the Estate of Herbert Goforth, III, Deceased; Howard Russell, Esq., appearing on behalf of Defendants Nevada Power Company, NV Energy, Inc., Silver Merger Sub, Inc., and MidAmerican Energy Holdings Company; and Jonathan Owens, Esq., appearing on behalf of Defendants Hubbell Power Systems, Inc., A.B. Chance Division. The Court having read the moving papers and heard oral argument by counsel, and with no opposition by Defendants' counsel, hereby Orders as follows:

IT IS HEREBY ORDERED that Eglet Law Group's Renewed Motion to Withdraw as Counsel for Plaintiffs is **GRANTED** for good cause shown.

IT IS FURTHER ORDERED Pitegoff Law Office is also withdrawn as counsel of record for good cause shown.

**IT IS SO ORDERED.**

DATED this 5th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

**EGLET LAW GROUP**

_____
TRACY A. EGLET, ESQ.
Nevada Bar No.: 6419
*Attorney for Plaintiffs*